THE PEOPLE, ex rel. RICHARD W. RYAN, Respondent, *v.* THE CIVIL SERVICE SUPERVISORY AND EXAMINING BOARDS OF THE CITY OF NEW YORK et al., Appellants.

(Submitted October 19, 1886; decided October 26, 1886.)

*D. J. Dean* for appellants.

*Frederick W. Whitridge* for respondent.

SICKELS — VOL. LVIII. 83

Agree to affirm on opinion below.

All concur.

Order affirmed.